1

2

3

4

5

6

The Honorable Benjamin H. Settle

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

ASIYA BIBI1,

                       Plaintiff,

       v.

KRISTI NOEM, *et al.,*[1]

                   Defendants.

Case No. 3:24-cv-06065-BHS

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
February 26, 2025

14

15    Plaintiff brought this litigation pursuant to the Administrative Procedure Act and

16 Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services

17 ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of

18 Removal.  Plaintiff's counsel has filed a motion to consolidate *Charyeva3 v. Mayorkas*, 2:23-cv-

19 1977-RAJ-SKV (Dkt. No. 50), with this case.  Dkt. No. 11, Notice of Opposed Motion to

20 Consolidate.  For good cause, Plaintiff and Defendants, by and through their counsel of record,

21 pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby

22

23

24

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Secretary of the Department of Homeland Security ("DHS") Kristi Noem for Alejandro Mayorkas; and U.S. Citizenship and Immigration Services ("USCIS") Senior Official Performing the Duties of the Director Kika Scott for Ur Jaddou.

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-06065-BHS] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 jointly stipulate and move to stay these proceedings until the motion to consolidate in *Charyeva3*

2 is decided.

3          Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

4 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

5 control the disposition of the causes on its docket with economy of time and effort for itself, for

6 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

7          The outcome of the pending motion to consolidate in *Charyeva3* will determine how this

8 case will proceed forward. If granted, this case will be consolidated with *Charyeva3*, the earlier

9 filed case. If denied, the parties intend to submit a proposed schedule to this Court within 15

10 days that sets forth deadlines for Plaintiff to amend the complaint and for cross-motion briefing.

11 The parties agree that this proposed stay will further judicial economy and save time and expense

12 for the parties. The parties further submit that the requested stay will not prejudice either party.

13          Accordingly, the parties respectfully request that the Court hold the case in abeyance

14 until the motion to consolidate filed in *Charyeva3* is decided. If the motion is denied, the parties

15 will submit a proposed briefing schedule within 15 days of an order being issued in *Charyeva3*.

16 //

17

18 //

19

20 //

21

22 //

23

24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-06065-BHS] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    DATED this 26th day of February, 2025.

2    Respectfully submitted,

3    TEAL LUTHY MILLER                          LAW OFFICES OF BART KLEIN
     Acting United States Attorney

4
     *s/ Michelle R. Lambert*                    *s/ Bart Klein*
5    MICHELLE R. LAMBERT, NY No. 4666657         BART KLEIN, WSBA# 10909
                                                 Law Offices of Bart Klein
6    *s/ Sarah Louise Bishop*                    605 First Avenue, #500
     SARAH LOUISE BISHOP, NY No. 5256359         Seattle, Washington 98104
7    Assistant United States Attorneys           Phone: 206-755-5651
     United States Attorney's Office             Email:  bart.klein@bartklein.com
8    Western District of Washington
     1201 Pacific Avenue, Suite 700              *Attorney for Plaintiff*
9    Tacoma, Washington 98402
     Phone: (206) 553-7970
10   Fax:     (206) 553-4067
     Email:  michelle.lambert@usdoj.gov
11           sarah.bishop@usdoj.gov

12   *Attorneys for Defendants*

13   *I certify that this memorandum contains 319
     words, in compliance with the Local Civil Rules.*

14

15

16

17

18

19

20

21

22

23

24

1

**ORDER**

2      The case is held in abeyance until the motion to consolidate in *Charyeva3 v. Mayorkas*,

3  2:23-cv-1977-RAJ-SKV (Dkt. No. 50), is decided.   If the motion is denied, the parties will

4  submit a proposed briefing schedule within 15 days of the order's issuance.   It is so **ORDERED**.

5

6      DATED this 26th day of February, 2025.

7

8                                                    _____
                                                     BENJAMIN H. SETTLE
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE                              UNITED STATES ATTORNEY
[Case No. 3:24-cv-06065-BHS] - 4                             1201 PACIFIC AVE., STE. 700
                                                                TACOMA, WA 98402
                                                                 (253) 428-3800