Honorable Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TAOMA

| | |
|---|---|
| ASIYA BIBI1, | Civil Case No. 3:24-cv-6065-BHS |
| Plaintiff, | STIPULATED MOTION AND AMENDED BRIEFING SCHEDULE |
| -v- | |
| KRISTI NOEM, *et al.*, | Note for Motion Consideration: July 18, 2025 |
| Defendants | |

Pursuant to LCR 7(j) and the Briefing Schedule (Dkt. No. 20), the parties, through counsel of record, stipulate to and request an amendment be made to the current briefing schedule extending Defendants' time to file their Cross-Motion for Summary Judgment because of Plaintiff's recent supplementary filing. The proposed amendment to the remainder of the briefing schedule is as follows:

| **Filing** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendants' Cross-Motion for Summary Judgment and combined Response to Plaintiffs' Motion for Summary Judgment | July 25, 2025 | August 4, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment and combined Response to Defendants' Cross- | August 22, 2025 | August 22, 2025 |

STIPULATED MOTION FOR
AMENDMENT TO BRIEFING SCHEDULE          - 1
3:24-cv-06065-BHS

Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA 98104
(206) 624-3787office (206)755-5651cell

| Motion for Summary Judgment | | |
|---|---|---|
| Defendants' Reply in Support of the Cross-Motion for Summary Judgment | September 5, 2025 | September 5, 2025 |

For good cause, the parties request that the Court enter the above-proposed amended briefing schedule.

Dated: July 18, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
 Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 137 words, in compliance with the Local Civil Rules.*

*s/ Bart Klein*
BART KLEIN, WSBA#10909
Law Offices of Bart Klein
605 First Ave., #500
Seattle, Washington 98104
Phone: 206-755-5651
Email:  bart.klein@bartklein.com
*Attorney for Plaintiff*

STIPULATED MOTION FOR AMENDMENT TO BRIEFING SCHEDULE
3:24-cv-06065-BHS
- 2 -
Law Offices Of Bart Klein
605 First Avenue, Suite 500
Seattle WA  98104
(206) 624-3787office (206)755-5651cell

# ORDER

The parties having stipulated and agreed, it is hereby so **ORDERED**. The remainder of the briefing schedule (Dkt. No. 20) is amended as follows

| **Filing** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendants' Cross-Motion for Summary Judgment and combined Response to Plaintiffs' Motion for Summary Judgment | July 25, 2025 | August 4, 2025 |
| Plaintiffs' Reply in Support of the Motion for Summary Judgment and combined Response to Defendants' Cross-Motion for Summary Judgment | August 22, 2025 | August 22, 2025 |
| Defendants' Reply in Support of the Cross-Motion for Summary Judgment | September 5, 2025 | September 5, 2025 |

DATED this 21st day of July, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge